DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M & M REAL ESTATE TRANSACTION, LLC,**
Appellant,

v.

**PAMELA TSITOS, PARIS ANASTASIOS TSITOS,** and **KADE TSITOS,**
Appellees.

No. 4D2023-1861

[July 25, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen M. McHugh, Judge; L.T. Case No. COCE23-001477.

Erik A. Perez and Fernando A. Prego of Perez Mayoral P.A., Coral Gables, for appellant.

Eddy O. Marban of The Law Offices of Eddy O. Marban, Coral Gables, and Elee E. Dammous of Dammous Law PLLC, Miami Lakes, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***